BRIAN L. JOHNSRUD, State Bar No. 184474
JENNIFER LOTZ, State Bar No. 196925
CURLEY, HURTGEN & JOHNSRUD LLP
4400 Bohannon Drive, Suite 230
Menlo Park, CA 94025
Telephone: 650.600.5300
Facsimile:  650.323.1002
E-mail: bjohnsrud@chjllp.com
        jlotz@chjllp.com

JS-6

Attorneys for Defendant
MOTION RECRUITMENT PARTNERS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICK SAINI, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>    Plaintiffs,<br><br>v.<br><br>MOTION RECRUITMENT PARTNERS, LLC, a Delaware Limited Liability Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 16-CV-01534 JVS(KES)<br><br>**JUDGMENT GRANTING DEFENDANT MOTION RECRUITMENT PARTNERS, LLC'S MOTION FOR SUMMARY JUDGMEMT OF PLAINTIFF VICK SAINI'S CLASS AND COLLECTIVE ACTION COMPLAINT**<br><br>DATE:   March 6, 2017<br>TIME:   1:30 P.M.<br>DEPT:   Courtroom 10C<br>JUDGE: Hon. James V. Selna<br><br>Complaint Filed:   July 19, 2016<br>    (Removed August 19, 2016)<br>Discovery Cut-Off: December 12, 2017<br>Trial Date:    March 27, 2018 |

CURLEY, HURTGEN & JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

ORDER GRANTING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT
(CASE NO. 16-CV-01534 (KES))

Defendant Motion Recruitment Partners, LLC's ("Defendant") Motion for Summary Judgment, or, in the Alternative, for Partial Summary Judgment on the claims in Plaintiff Vick Saini's Class and Collective Action Complaint, or for an Order Treating Certain Facts As Established, brought pursuant to Federal Rule of Civil Procedure 56, was scheduled for hearing on March 6, 2017.

After considering the moving, opposition, and reply briefs, the evidence submitted by the parties, and the arguments presented by the parties' respective counsel, this Court finds that:

There is no genuine dispute as to any material fact as to any of the claims for relief set forth in Plaintiff Vick Saini's Class and Collective Action Complaint, and, therefore, Defendant is entitled to summary judgment as to each and every claim alleged in Plaintiff's Class and Collective Action Complaint as a matter of law.

Accordingly, IT IS HEREBY ORDERED THAT:

Defendant Motion Recruitment Partners, LLC's Motion for Summary Judgment is GRANTED, and

Judgment is hereby entered in favor of Defendant Motion Recruitment Partners, LLC and against Plaintiff Vick Saini as to each and every claim for relief alleged in Plaintiff's Class and Collective Action Complaint.

**IT IS SO ORDERED.**

Dated: March 6, 2017

_____
Hon. James V. Selna
United States District Court Judge

CURLEY, HURTGEN & JOHNSRUD LLP
COUNSELORS AT LAW
MENLO PARK

1

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
(CASE NO. 16-CV-01534 (KES))